UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MYCHAL OWENS,

                Petitioner,

   v.

DONALD R. HOLBROOK,

                Respondent.

CASE NO. C17-5033 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 28), Petitioner Mychal Owens's objections to the R&R (Dkt. 29), and Owens's motion for exception to mandatory e-filing requirement (Dkt. 30)[1].

      On October 11, 2017, Judge Creatura issued an R&R recommending that the Court dismiss Owens's petition as time-barred. Dkt. 28. On October 20, 2017, Owens filed objections. Dkt. 29.

---

[1] The Court **GRANTS** the motion and will consider Owens's objections.

| | |
|---|---|
| 1 | The district judge must determine de novo any part of the magistrate judge's |
| 2 | disposition that has been properly objected to. The district judge may accept, reject, or |
| 3 | modify the recommended disposition; receive further evidence; or return the matter to the |
| 4 | magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3). |

In this case, Owens's objections are without merit. Owens does not contest the timeliness of his petition and instead argues the merits of his claims. Owens also presents some novel jurisdictional arguments that are without merit. In sum, nothing in Owens's objections establishes an error in Judge Creatura's conclusions that Owens's petition is untimely and that he is not entitled to equitable tolling. Therefore, the Court having considered the R&R, Owens's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Owens's petition is **DISMISSED** as time-barred;

(3) Owens is not entitled to a Certificate of Appealability; and

(4) The Clerk shall close this case.

Dated this 27th day of November, 2017.

BENJAMIN H. SETTLE
United States District Judge